# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

HECTOR GONZALEZ JIMENEZ,

    Petitioner,

v.

UNITED STATES OF AMERICA, Warden,

    Respondent.

CASE NO. 2:07-cv-819
CRIM. NO. 2: 03-cr-079
JUDGE SARGUS
MAGISTRATE JUDGE KEMP

## OPINION AND ORDER

On September 12, 2007, the Magistrate Judge issued a *Report and Recommendation* pursuant to Rule 4(b) of the Rules Governing Section 2255 Proceedings in the United States District Courts recommending that the instant motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. §2255 be dismissed. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation* and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action hereby is **DISMISSED**.

**IT IS SO ORDERED.**

10-1-2007

EDMUND A. SARGUS, JR.
United States District Judge